# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ANTHONY CARTER,  )<br>  )<br>  Defendant.  )<br>  ) | Case No.: 2:13-cr- 437<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>ANTHONY CARTER<br>(ID#) 1964758 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANTHONY CARTER** before the United States District Court at Las Vegas, Nevada, on or about [I/A & A/P Wed: 12-18-13   3:00 PM   CWH 3C] hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

        DEC 1 0 2013

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

6               UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
7                        -oOo-

8  United States of America,        )   Case No.: 2:13-cr-437
                                    )
9          Plaintiff,                )   PETITION FOR WRIT OF HABEUS
                                    )   CORPUS AD PROSEDUENDUM FOR
10  vs.                              )   ANTHONY CARTER
                                    )   (ID#) 1964758
11                                   )
    ANTHONY CARTER,                  )
12                                   )
           Defendant.                )
13  _____)

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15  that **ANTHONY CARTER**, is committed by due process of law in the custody of the Warden,

16  Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17  **ANTHONY CARTER** be temporarily released under a Writ of Habeas Corpus Ad

18  Prosequendum so that the said **ANTHONY CARTER** may be present before the United States

                                            I/A & A/P Wed: 12-18-13
19  District Court for the District of Nevada, at City, State, on 3:00 PM  CWH 3C      hour of 3:00

20  p.m., for arraignment and from time to time and day to day thereafter until excused by the said

21  Court.

22      That the presence of the said **ANTHONY CARTER** before the United States District

                    I/A & A/P Wed: 12-18-13
23  Court on or about 3:00 PM  CWH 3C       hour of 3:00 p.m., for arraignment and from time to

24  time and day to day thereafter until excused by the Court has been ordered by the United

1 | States Magistrate or District Judge for the District of Nevada.

2 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ANTHONY CARTER** before the United States District Court on or about [I/A & A/P Wed: 12-18-13  3:00 PM  CWH 3C] hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10 th day of December, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ PHILLIP N. SMITH, JR.

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2