# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                                Plaintiff,

v.

Anthony Carter

                                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cr-00437-LDG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying Motion to Vacate (2255).

| | |
|---|---|
| June 24, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |